| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Oviedo-Clermont Roofing, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
**87-1865501**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **802 S. Hwy 27**  **Clermont, FL 34715**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake**  County | Location of principal assets, if different from principal place of business  _____  Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  **https://ocrroofing.com/**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Oviedo-Clermont Roofing, Inc.**_____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page 2

Debtor **Oviedo-Clermont Roofing, Inc.**                                   Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Oviedo-Clermont Roofing, Inc.**    Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Oviedo-Clermont Roofing, Inc.**　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/25/2024**
　　　　　　　　MM / DD / YYYY

X  *[signature]*　　　　　　　　　　　　　　　　　　　　**Richard G. Moriarty, III**
Signature of authorized representative of debtor　　　　Printed name

Title  **President**

**18. Signature of attorney**　X  *[signature]*　　　　　　　　　　　Date  **4-26-24**
　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**　　　Email address  **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Oviedo-Clermont Roofing, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply Co. Inc.<br>1 ABC Parkway<br>Clermont, FL 34715 | | | | | | $461,549.00 |
| Customers Bank<br>99 Bridge Street<br>Phoenixville, PA 19460 | | Personal Property | | $2,657,638.00 | $0.00 | $2,657,638.00 |
| Customers Bank<br>99 Bridge Street<br>Phoenixville, PA 19460 | | Personal Property | | $70,066.00 | $0.00 | $70,066.00 |
| Enterprise Fleet<br>5442 Hoffner Ave.<br>Orlando, FL 32812 | | | | | | $0.00 |
| McKinely Contracting<br>5749 Cedar Pine Dr.<br>Orlando, FL 32819 | | Trade Debt | | | | $41,025.10 |
| Oviedo Roofing Enterprises, Inc.<br>Patrick Scott<br>9032 Laws Road<br>Clermont, FL 34714 | | Business Loan | | | | $354,225.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Oviedo-Clermont Roofing, Inc.**                                    Case No.
                                         Debtor(s)                             Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard G. Moriarty, III**<br>2948 Hunters Lane<br>Oviedo, FL 32766 | | 50% | **Managing Member** |
| **Sonda L. Moriarty**<br>2948 Hunters Lane<br>Oviedo, FL 32766 | | 50% | **Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    4/25/24                                      Signature  R.G. Moriarty III
                                                                **Richard G. Moriarty, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re  Oviedo-Clermont Roofing, Inc.                              Case No.
                                            Debtor(s)              Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **4/25/24**

Richard G. Moriarty, III/President
Signer/Title

Oviedo-Clermont Roofing, Inc.
802 S. Hwy 27
Clermont, FL 34715

Oviedo Roofing Enterprises, Inc.
Patrick Scott
9032 Laws Road
Clermont, FL 34714

Sonda Moriarty
2948 Hunters Lane
Oviedo, FL 32766

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Richard G. Moriarty, III
2948 Hunters Lane
Oviedo, FL 32766

Sonda Moriarty
2948 Hunters Lane
Oviedo, FL 32766

ABC Supply Co. Inc.
1 ABC Parkway
Clermont, FL 34715

Richard G. Moriarty, III
2948 Hunters Lane
Oviedo, FL 32766

Sonda Moriarty
2948 Hunters Lane
Oviedo, FL 32766

Customers Bank
99 Bridge Street
Phoenixville, PA 19460

Richard G. Moriarty, III
2948 Hunters Lane
Oviedo, FL 32766

Customers Bank
99 Bridge Street
Phoenixville, PA 19460

Richard G. Moriarty, III
2948 Hunters Lane
Oviedo, FL 32766

Enterprise Fleet
5442 Hoffner Ave.
Orlando, FL 32812

Richard Gene Moriarty, III
2948 Hunters Lane
Oviedo, FL 32766

Howard S. Toland, Esquire
Miami Beach Office
301 Arthur Godfrey Rd.
Penthouse
Miami Beach, FL 33140

Robert E. Burguieres, Esq.
1701 Dr. M.L. King, Jr. Street N
Saint Petersburg, FL 33704

Howard S. Toland, Esquire
Miami Beach Office
301 Aurthur Godfrey Rd.
Penthouse
Miami Beach, FL 33140

Sonda L. Moriarty
2948 Hunters Lane
Oviedo, FL 32766

McKinely Contracting
5749 Cedar Pine Dr.
Orlando, FL 32819

Sonda Moriarty
2948 Hunters Lane
Oviedo, FL 32766